NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B. Hardin, Bar No. 205071
jhardin@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE WORTHINGTON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BABY BJORN OF NORTH AMERICA, INC., a Ohio corporation, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 5:12-cv-01311-VAP-DTB<br><br>~~PROPOSED~~ ORDER RE REQUEST FOR VOLUNTARY DISMISSAL<br><br>Complaint Filed: August 2, 2012<br>First Amended Complaint filed:<br>                October 18, 2012 |

The Court, having considered the concurrently filed Request for Voluntary Dismissal filed by Plaintiff Desiree Worthington on December 18, 2012, finds that this action should be dismissed without prejudice as to Plaintiff's claims and without prejudice to the class.

Dated: Dec 28, 2012

_____
Hon. Virginia A. Phillips
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2012, I electronically filed the foregoing **PROPOSED ORDER RE REQUEST FOR VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/Scott J. Ferrell
Scott J. Ferrell